UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA FORLASTRO<br>AND ROBERT G. FORLASTRO,<br>AS CO-ADMINISTRATORS OF<br>THE ESTATE OF ROBERT J. FORLASTRO | : | CIVIL ACTION NO.<br>3:06cv01541 (RNC) |
| VS. | : | |
| JAMES COLLINS | : | DECEMBER 12, 2006 |

### Return of Service

Pursuant to Fed. R. Civ. P. 4(e)(1)(2), on December 3, 2006, a Summons and Complaint in the above referenced matter was served upon the defendant, James Collins. Attached is the duly executed Return of Service.

THE PLAINTIFFS,

By_____
Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510
mstratton@strattonfaxon.com
Federal Bar No.: ct08166
t: (203) 624-9500
f: (203)624-9100

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-3-06 |
| NAME OF SERVER (PRINT) Bob Vance | TITLE Indifferent Person |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 219 Clapboard Ridge Rd. Danbury, CT 06811

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-03-06
            Date

Signature of Server

110 Washington Ave, North Haven, CT
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.