UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA FORLASTRO
AND ROBERT G. FORLASTRO
AS CO-ADMINISTRATORS OF
THE ESTATE OF ROBERT J. FORLASTRO  :   CIVIL NO. 3:06 CV 01541(RNC)

        Plaintiffs    :
                    :
V.                                :
                    :
JAMES COLLINS                     :

        Defendant    :   JANUARY 24, 2007

## APPEARANCE

The undersigned hereby appears in this case as counsel for the defendant, **James Collins**.

                                                MARISA A. BELLAIR, ESQ. ct23802
                                                Lynch, Traub, Keefe & Errante, P.C.
                                                52 Trumbull Street
                                                P.O. Box 1612
                                                New Haven, CT 06506-1612
                                                (203)787-0275 (telephone)
                                                (203)782-0278 (fax)
                                                mbellair@ltke.com

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\FEDERAL APPEARANCE - MAB.DOC
-1-

## CERTIFICATION OF SERVICE

A copy of the foregoing appearance was served by first class mail on January 24, 2007 to all counsel of record as set forth below:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

_____
Marisa A. Bellair

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\FEDERAL APPEARANCE - MAB.DOC
-2-