UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA FORLASTRO
AND ROBERT G. FORLASTRO
AS CO-ADMINISTRATORS OF
THE ESTATE OF ROBERT J. FORLASTRO :    CIVIL NO. 3:06 CV 01541(RNC)

            Plaintiffs    :
                          :
V.                          :

JAMES COLLINS           :

            Defendant      :    JANUARY 24, 2007

## **APPEARANCE**

    The undersigned hereby appears in this case as counsel for the

defendant, **James Collins**.

STEVEN J. ERRANTE, ESQ. ct04292
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612
(203)787-0275 (telephone)
(203)782-0278 (fax)
serrante@ltke.com

<u>CERTIFICATION OF SERVICE</u>

A copy of the foregoing appearance was served by first class mail on January 24, 2007 to all counsel of record as set forth below:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

_____
Steven J. Errante

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\FEDERAL APPEARANCE -SJE.DOC
-2-