UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
BARBARA FORLASTRO
AND ROBERT G. FORLASTRO,
AS CO-ADMINISTRATORS OF
THE ESTATE OF ROBERT J. FORLASTRO    : CIVIL NO.:  3:06 CV 01541(RNC)

VS.                                   :

JAMES COLLINS                         : JANUARY 24, 2007
```

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the defendant, **James Collins,** respectfully moves for an extension of time to respond, by either answer or objection, to plaintiffs' Complaint. The defendant requests an extension of time to and including February 19, 2007, to respond, by either answer or motion to the plaintiffs' Complaint.

Said extension is necessary as undersigned counsel was only recently retained to represent the interests of the defendant in this matter, and therefore, additional time is needed in order to investigate the allegations in the plaintiffs' Complaint and appropriately respond thereto.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\MOTION FOR EXTENSION.DOC

This is the defendant's first motion seeking an extension of time of this deadline.  Plaintiffs' counsel, Michael A. Stratton, has been consulted regarding this request and has indicated that he has no objection.

WHEREFORE, the defendant respectfully requests that his Motion for Extension of Time be granted.

>                             Respectfully submitted,
>
>                             THE DEFENDANT
>                             James Collins
>
>                             BY: _____
>                                 STEVEN J. ERRANTE, ESQ. (ct04292)
>                                 MARISA A. BELLAIR, ESQ. (ct23802)
>                                 Fed. Bar No. ct04292
>                                 Lynch, Traub, Keefe, & Errante
>                                 52 Trumbull Street
>                                 New Haven, CT 06510
>                                 Telephone: 203-787-0275
>                                 Facsimile: 203-782-0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\MOTION FOR EXTENSION.DOC

**CERTIFICATION**

    I hereby certify that a copy of the above was sent electronically on January 24, 2007 to all counsel and *pro se* parties of record as follows:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

                                                               _____
                                                               Steven J. Errante, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\MOTION FOR EXTENSION.DOC