UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA FORLASTRO
AND ROBERT G. FORLASTRO,
AS CO-ADMINISTRATORS OF
THE ESTATE OF ROBERT J. FORLASTRO      : CIVIL NO.:  3:06 CV 01541(RNC)

VS.                                    :

JAMES COLLINS                          : FEBRUARY 19, 2007

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the defendant, **James Collins,** respectfully moves for an extension of time to respond, by either answer or objection, to plaintiffs' Complaint. The defendant requests an extension of time to and including March 19, 2007, to respond, by either answer or motion to the plaintiffs' Complaint.

There is good cause for the requested extension since, although the undersigned is prepared to file a Motion to Dismiss, pursuant to the Court's standing orders a prefiling conference needs to be held before said filing is perfected. As such, the undersigned hereby

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\MOTION FOR EXTENSION2.DOC

requests a thirty (30) day extension of time which will enable the parties to participate in said prefiling conference.

This is the defendant's second motion seeking an extension of time of this deadline. The undersigned has been unable to ascertain the position of Plaintiffs' counsel, Michael A. Stratton, regarding this request.

WHEREFORE, the defendant respectfully requests that his Motion for Extension of Time be granted.

```
                              Respectfully submitted,

                              THE DEFENDANT
                              James Collins

                              BY: _____
                                  STEVEN J. ERRANTE, ESQ. (ct04292)
                                  MARISA A. BELLAIR, ESQ. (ct23802)
                                  Fed. Bar No. ct04292
                                  Lynch, Traub, Keefe, & Errante
                                  52 Trumbull Street
                                  New Haven, CT 06510
                                  Telephone: 203-787-0275
                                  Facsimile: 203-782-0278
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\MOTION FOR EXTENSION2.DOC

**CERTIFICATION**

    I hereby certify that a copy of the above was sent electronically on February 19, 2007 to all counsel and *pro se* parties of record as follows:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

                                                                                                   _____
                                                                                                   Steven J. Errante, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275    FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\MOTION FOR EXTENSION2.DOC