UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA FORLASTRO<br>AND ROBERT G. FORLASTRO,<br>AS CO-ADMINISTRATORS OF<br>THE ESTATE OF ROBERT J. FORLASTRO | : | CASE NO.:<br>3:06cv01541 (RNC) |
| VS. | : | |
| JAMES COLLINS | : | MARCH 12, 2007 |

### APPEARANCE

To the Clerk of this Court and all parties of record :

Please enter my appearance as counsel in this case for:

The Plaintiffs, Barbara Forlastro and Robert G. Forlastro, as Co-Administrators of the Estate of Robert J. Forlastro

_____
Joel T. Faxon
CT Federal Bar Number: ct16255
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel.: 203-624-9500
Fax: 203-624-9100
jfaxon@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was mailed on this date to the following counsel of record:

Marisa A. Bellair, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506

_____
Joe T. Faxon