```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


BARBARA FORLASTRO
AND ROBERT G. FORLASTRO,
AS CO-ADMINISTRATORS OF
THE ESTATE OF ROBERT J. FORLASTRO    : CIVIL NO.:  3:06 CV 01541(RNC)

VS.                                  :

JAMES COLLINS                        : MARCH 20, 2007
```

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the defendant, **James Collins,** respectfully moves for an extension of time to respond, by either answer or objection, to the plaintiffs' Complaint.  The defendant requests a thirty (30) day extension of time, up to and including April 19, 2007, to respond, by either answer or motion to the plaintiffs' Complaint.

There is good cause for the requested extension since, although the undersigned is prepared to file a Motion to Dismiss, pursuant to the Court's standing orders a prefiling conference needs to be held before said filing is perfected.  The prefiling conference is

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\MOTION FOR EXTENSION3.DOC

currently scheduled to take place on March 27, 2007.  As such, the undersigned hereby requests an extension of time in order to permit the parties' additional time to participate in said prefiling conference.

This is the defendant's third motion seeking an extension of time of this deadline.  The undersigned has been unable to ascertain the position of Plaintiffs' counsel regarding this request; however, counsel has consented to prior requests made on the same basis.

WHEREFORE, the defendant respectfully requests that his Motion for Extension of Time be granted.

>                              Respectfully submitted,
>
>                              THE DEFENDANT
>                              James Collins
>
>                              BY: _____
>                                  STEVEN J. ERRANTE, ESQ. (ct04292)
>                                  MARISA A. BELLAIR, ESQ. (ct23802)
>                                  Fed. Bar No. ct04292
>                                  Lynch, Traub, Keefe, & Errante
>                                  52 Trumbull Street
>                                  New Haven, CT 06510
>                                  Telephone: 203-787-0275
>                                  Facsimile: 203-782-0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\MOTION FOR EXTENSION3.DOC

**CERTIFICATION**

    I hereby certify that a copy of the above was sent electronically on March 20, 2007 to all counsel and *pro se* parties of record as follows:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

                                                    ____/sje/_____
                                                    Steven J. Errante, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\MOTION FOR EXTENSION3.DOC