UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA FORLASTRO
AND ROBERT G. FORLASTRO,
AS CO-ADMINISTRATORS OF
THE ESTATE OF ROBERT J. FORLASTRO     :     CIVIL NO.:  3:06 CV 01541
                                            (RNC)

VS.                                   :

JAMES COLLINS                         :     MARCH 30, 2007

## STIPULATION TO TRANSFER

Pursuant to 28 U.S.C. § 1404(b), the parties, through undersigned counsel, are agreeable to the above action being transferred by the Court to the United States District Court for the Southern District of New York at White Plains.

The Plaintiffs,                             The Defendant,

_____                     _____
Michael A. Stratton                         Steven J. Errante

Dated: 4/11/07                              Dated: 3/29/07

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\22000-22499\22123 NEW YORK STATE ELECTRIC & GAS\001 - SJE\PLEADINGS\2007\STIPULATION TO TRANSFER.DOC