UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA FORLASTRO
AND ROBERT G. FORLASTRO,
AS CO-ADMINISTRATORS OF
THE ESTATE OF ROBERT J. FORLASTRO   :   CIVIL NO.: 3:06 CV 01541
                                        (RNC)

VS.                                 :

JAMES COLLINS                       :   MARCH 30, 2007

### STIPULATION TO TRANSFER

Pursuant to 28 U.S.C. § 1404(b), the parties, through undersigned counsel, are agreeable to the above action being transferred by the Court to the United States District Court for the Southern District of New York at White Plains.

The Plaintiffs,                         The Defendant,

_____                 _____
Michael A. Stratton                     Steven J. Errante
Dated: 4/11/07                          Dated: 3/29/07

April 13, 2007.   Forlastro v. Collins
                  Case No. 06-CV-1541(RNC)

Re:   Stipulation to Transfer (Doc. #17)

Approved. The parties consent to transfer the case to the United States District Court, Southern District of New York, White Plains Division, pursuant to 28 U.S.C. § 1404(a). All further pleadings or documents in this matter should be filed with the Clerk's Office of the United States District Court, Southern District of New York, White Plains Division. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a). So ordered.

                                        _____
                                        Robert N. Chatigny
                                        United States District Judge