Electronically Filed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BARBARA FORLASTRO and ROBERT G. FORLASTRO,
as co-administrators of The Estate of
ROBERT J. FORLASTRO,

                                  Plaintiffs,

    -against-

JAMES COLLINS,

                                  Defendant.
------------------------------------------------------------------X

Case No.: 1:07-CV-3288
           (RPP) (FM)

**Jury Trial Demanded**

**ANSWER**

        Defendant, JAMES COLLINS, by his attorneys, MEAD, HECHT, CONKLIN & GALLAGHER, LLP, answering the plaintiffs' complaint, respectfully alleges upon information and belief:

### ANSWER TO JURISDICTIONAL STATEMENT

        **FIRST:**    Defendant denies each and every allegation in the form alleged.

### ANSWER TO THE CAUSE OF ACTION: NEGLIGENCE

        **SECOND:**    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "1" except admits that on December 6, 2004, defendant, JAMES COLLINS, was the operator of a truck with authority to operate said truck given to him by his employer, NEW YORK STATE ELECTRIC AND GAS CORPORATION.

        **THIRD:**    Denies each and every allegation contained in paragraphs designated "2", "4", "5", "6" and "7" of the plaintiffs' complaint.

**FOURTH:**   Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs designated "3" and "8" of the plaintiffs' complaint.

### FIRST AFFIRMATIVE DEFENSE

**FIFTH:**   As and for a first affirmative defense, this answering defendant alleges that the plaintiffs' and/or decedent's injuries and/or damages were caused in whole or in part by plaintiffs' and/or decedent's own culpable conduct, contributory negligence and/or assumption of risk, and plaintiffs' claims are therefore barred or diminished to the extent that such culpable conduct, contributory negligence and/or assumption of risk contributed to the occurrence and the injuries and/or damages claimed therefrom.

### SECOND AFFIRMATIVE DEFENSE

**SIXTH:**   As and for a second affirmative defense, this answering defendant alleges that defendant's liability is limited pursuant to CPLR section 4545.

### THIRD AFFIRMATIVE DEFENSE

**SEVENTH:**   As and for a third affirmative defense, this answering defendant alleges that the damages sustained by plaintiffs, if any, were caused or contributed to, in whole or in party, by intervening and superseding causative factors and therefore the claims of plaintiffs against these defendant should be barred.

### FOURTH AFFIRMATIVE DEFENSE

**EIGHTH:**   The applicable law to this action is that of New York.

WHEREFORE, the defendant, JAMES COLLINS, demands judgment against the plaintiffs, dismissing the complaint together with the costs and disbursements of this action.

Dated:     Mamaroneck, New York
           April 27, 2007

                                            Yours, etc.,

                                            MEAD, HECHT, CONKLIN & GALLAGHER, LLP
                                            Attorneys for Defendant - JAMES COLLINS

                                            _____**S/**_____
                                            By:    Sara Luca Salvi, Esq. (SS 6292)
                                            109 Spencer Place
                                            Mamaroneck, New York 10543
                                            (914) 899-3100
                                            Our File No. █████████

TO:    STRATTON FAXON
         Attorneys for Plaintiffs
         59 Elm Street
         New Haven, Connecticut 06510
         (203) 624-9500