UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Barbara Forlastro, Co-administrator of the Estate
of Robert J. Forlastro

                Plaintiff,

    -against-                                  07CV3288(RPP)

James Collins                              **SCHEDULING ORDER**

                Defendant.
----------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

1. Employment authorizations by June 4, 2007.

2. Interrogatories by June 4, 2007.

3. Objections to Interrogatories by July 5, 2007.

4. Plaintiff's motion on applicable law by June 1, 2007, Defendant's response by July 2, 2007 and reply brief to be filed by July 9, 2007.

5. Oral argument on the motion will be held on July 31, 2007 at 4pm.

6. Plaintiff's experts reports to be served by December 8, 2007.

7. Defendant's experts reports to be served by December 15, 2007.

8. Expert's depositions to be completed by February 15, 2008.

9. All ordinary discovery to be completed by October 15, 2007.

10. Pretrial order to be filed by March 3, 2008.

11. Trial date is scheduled for March 17, 2008.

        IT IS SO ORDERED.

Dated: May 8, 2007
       New York, New York

                                              _____
                                              ROBERT P. PATTERSON, JR.
                                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/07