USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/07

# Stratton Faxon
Connecticut's Firm for Trial Law

Joel T. Faxon
jfaxon@strattonfaxon.com



May 10, 2007

Via Fax: 212-805-7917

The Honorable Judge Patterson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**MEMO ENDORSED**

RE:   BARBARA FORLASTRO, ET AL VS. JAMES COLLINS
      CASE NO.: 1:07-CV-3288 (RPP) (FM)

Dear Judge Patterson:

We are set down for oral argument on our motions for applicable law on July 31, 2007 at 4:00 p.m. Please be advised I am not available on July 31, 2007 as I will be on trial and my partner will be out of state. Both myself and defense counsel are available any day the week of July 23rd. Defense counsel has no objection to moving this hearing. Accordingly, please advise if this hearing can be moved to the week of July 23rd. Thank you very much.

Very truly yours,

Joel T. Faxon

JTF/trc

cc:   Sara Luca Salvi, Esq.
      Mead, Hecht, Conklin & Gallagher, LLP
      Via Fax: 914-899-3101

*application granted*
*argument 7/23/07 at 4 PM*
*So ordered*
Robert P Patterson
USDJ
5/11/07