UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | | |
|---|---|---|
| BARBARA FORLASTRO<br>AND ROBERT G. FORLASTRO,<br>AS CO-ADMINISTRATORS OF<br>THE ESTATE OF ROBERT J. FORLASTRO | : | CASE NO.:<br>1:07-CV-3288 (RPP) |
| VS. | : | MOTION FOR<br>APPLICATION OF<br>CONNECTICUT LAW |
| JAMES COLLINS | : | |

------------------------------------------------------------

Plaintiffs, ROBERT G. FORLASTRO and BARBARA FORLASTRO as Co-Administrators of the Estate of ROBERT J. FORLASTRO, by and through their attorneys, STRATTON FAXON, file this MOTION FOR APPLICATION OF CONNECTICUT law, and respectfully request the Honorable Court to apply Connecticut's wrongful death damages law in this wrongful death case, based on the authorities incorporated in the plaintiffs' MEMORANDUM IN SUPPORT OF MOTION FOR APPLICATION OF CONNECTICUT LAW.

Dated: June 1, 2007
At New Haven, CT

THE PLAINTIFFS

_____
Joel T. Faxon (jf1611)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel.: 203-624-9500
Fax: 203-624-9100
jfaxon@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was efiled via ECF on this date to the following counsel of record:

Sara Luca Salvi, Esq.
Mead, Hecht, Conklin & Gallagher, LLP
109 Spencer Place
Mamoroneck, New York 105431

_____
Joel T. Faxon