UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA FORLASTRO and ROBERT G. FORLASTRO,
as co-administrators of the Estate of
ROBERT J. FORLASTRO,   Case No.: 1:07-CV-3288
                                                                    (RPP) (FM)

Plaintiffs,

vs.

JAMES COLLINS,

Defendant.

MARCH 10, 2008

---

### MOTION IN LIMINE

The Plaintiffs move to preclude the defendant from arguing or asking for investigating officer's ultimate conclusions in this case. The ultimate issue of "negligence" is for the jury not for a witness.

THE PLAINTIFFS

_____
Michael A. Stratton (ct08166)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel.: 203-624-9500
Fax: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was efiled via ECF on this date to the following counsel of record:

Elizabeth Hecht, Esq.
Mead, Hecht, Conklin & Gallagher, LLP
109 Spencer Place
Mamoroneck, New York 105431

Michael A. Stratton