UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA FORLASTRO and ROBERT G. FORLASTRO,
AS CO-ADMINISTRATORS OF THE ESTATE OF
ROBERT J. FOERLASTRO,

                               Plaintiffs,

     -against-

JAMES COLLINS,

                               Defendant.

Case No.: 1:07-CV-3288
        (RPP) (FM)

---

## DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE

Plaintiffs have previously declared their designation of the investigating officers as "expert witnesses." Consequently, to the extent that the opinions of such individuals have been previously exchanged, they are, it is submitted, admissible.

                                      Respectfully submitted,
                                      Mead Hecht Conklin & Gallagher, LLP
                                      By /s/_____
                                            Elizabeth M. Hecht (8275)
                                      Attorneys for James Collins
                                      109 Spencer Place
                                      Mamaroneck, New York 10543
                                      (914) 899-3100
                                      hecht@mhcglaw.com

To:    Michael A. Stratton, Esq.
        Stratton Faxon
        Attorneys for Plaintiffs
        59 Elm Street
        New Haven, CT 06510
        (203) 624-9500