UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

BARBARA FORLASTRO and ROBERT G. FORLASTRO,
as co-administrators of the Estate of
ROBERT J. FORLASTRO,                                    Case No.:  1:07-CV-3288
                                                                    (RPP) (FM)

                                    Plaintiffs,

vs.

JAMES COLLINS,

                                    Defendant.
                                                        MARCH 12, 2008

-------------------------------------------------------------------------

### SUPPLEMENTAL EXHIBIT LIST

The Plaintiffs hereby supplement their Exhibit List to include the following:

L:      Vest Decedent Robert J. Forlastro was wearing at time of
        accident.

M:      Clothes Decedent Robert J. Forlastro was wearing at time of
        accident.

                            THE PLAINTIFFS

                            _____
                            Michael A. Stratton  (CT 08166)
                            Stratton Faxon
                            59 Elm Street
                            New Haven, CT 06510
                            Tel.:  203-624-9500
                            Fax:   203-624-9100
                            mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was efiled via ECF on this date to the following counsel of record:

Elizabeth Hecht, Esq.
Mead, Hecht, Conklin & Gallagher, LLP
109 Spencer Place
Mamoroneck, New York 105431

Michael A. Stratton