UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA FORLASTRO and ROBERT G. FORLASTRO,
AS CO-ADMINISTRATORS OF THE ESTATE OF
ROBERT J. FOERLASTRO,

                                Plaintiffs,

-against-

JAMES COLLINS,

                                Defendant.

Case No.: 1:07-CV-3288
(RPP) (FM)

Defendant's Objection to
Plaintiffs' Supplemental
Exhibit

---

**DEFENDANT**, JAMES COLLINS, by his attorneys, MEAD, HECHT, CONKLIN & GALLAGHER, LLP, respectfully objects to the introduction into evidence of the items specified upon Plaintiffs' Supplemental Exhibit List.

Dated:     Mamaroneck, New York

            March 13, 2008

                              Yours, etc.,

                              MEAD, HECHT, CONKLIN & GALLAGHER, LLP
                              Attorneys for Defendant JAMES COLLINS

                              By:   Elizabeth M. Hecht (8275)