Defendant's Proposed Jury Interrogatories

1. Was James Collins negligent in causing the death of Robert J. Forlastro?

 _____ Yes         _____ No

If your answer is no, cease deliberations and report your verdict to the court.  If, yes, proceed to Question 2.

2. Was the negligence of James Collins a substantial factor in causing the death of Robert J. Forlastro?

 _____ Yes         _____ No

If your answer is no, cease deliberations and report your verdict to the court.  If, yes, proceed to Question 3.

3. Was Robert J. Forlastro negligent in causing his own death?

 _____ Yes         _____ No

If your answer is yes, proceed to Question 4.  If, no, proceed to Question 6

4. Was the negligence of Robert J. Forlastro a substantial factor in causing his own death?

 _____ Yes         _____ No

If your answer is yes, proceed to Question 5.  If, no, proceed to Question 6.

5. State the proportionate share of liability upon James Collins and Robert J. Forlastro:

 James Collins         _____%

 Robert J. Forlastro   _____%

                                100%

6. State the amount of money, if any, which you find decedent Robert J. Forlastro would have contributed to the support of his parents from the date of his death over the life expectancy of his parents.  If you make such an award, state the life expectancy you ascribe to each parent.

 Barbara Forlastro      Amount _____      Years _____
 Robert G. Forlastro    Amount _____      Years _____