UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA FORLASTRO and ROBERT G. FORLASTRO,
as co-administrators of the Estate of
ROBERT J. FORLASTRO,

Case No.: 1:07-CV-3288
(RPP) (FM)

Plaintiffs,

vs.

JAMES COLLINS,

Defendant.

MARCH 14, 2008

---

### SECOND SUPPLEMENTAL EXHIBIT LIST

The Plaintiffs hereby supplement their Exhibit List to include the following:

| | |
|---|---|
| **A1-A31** | **Police Photos of Scene of Accident** |
| **B1-B9** | **Photos of decedent's clothing** |
| **C1-C2** | **Police Diagrams with measurements** |
| **D** | **Appointment of Administrators** |
| **E** | **Birth Certificate** |
| **F** | **Autopsy Report** |
| **G** | **Death Certificate** |
| **H** | **Funeral Bills** |
| **I1-I6** | **W-2's of Robert J. Forlastro** |
| **J1-J5** | **Pictures of Robert J. Forlastro** |

| | |
|---|---|
| K | Video of F & H Sanitation Truck |
| L: | Vest Decedent Robert J. Forlastro was wearing at time of accident. |
| M: | Clothes Decedent Robert J. Forlastro was wearing at time of accident. |
| N: | Letter from Connecticut Technical High School System. |
| O1-O2 | Photos of Parking Lot |
| P: | Blow ups of Photos: |
|    P1-P2 | Police Diagrams with Measurements |
|    P3-P8 | Police Photos of Scene |
|    P9 | Clothing |
|    P10-P11 | Photos of Parking Lot |
| Q1 – Q2: | Life Expectancy Tables |

THE PLAINTIFFS

_____
Michael A. Stratton (ms4962)
Stratton/Faxon
59 Elm Street
New Haven, CT 06510
Tel.: 203-624-9500
Fax: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was efiled via ECF on this date to the following counsel of record:

Elizabeth Hecht, Esq.
Mead, Hecht, Conklin & Gallagher, LLP
109 Spencer Place
Mamoroneck, New York 105431

_____
Michael A. Stratton