UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

BARBARA FORLASTRO and ROBERT G. FORLASTRO,
as co-administrators of the Estate of
ROBERT J. FORLASTRO,

Case No.: 1:07-CV-3288
(RPP) (FM)

Plaintiffs,

vs.

JAMES COLLINS,

Defendant.

MARCH 14, 2008

-------------------------------------------------------------------------

## THIRD SUPPLEMENTAL EXHIBIT LIST

The Plaintiffs hereby supplement their Exhibit List to include the following:

| | |
|---|---|
| **A1-A31** | **Police Photos of Scene of Accident** |
| **B1-B9** | **Photos of decedent's clothing** |
| **C1-C2** | **Police Diagrams with measurements** |
| **D** | **Appointment of Administrators** |
| **E** | **Birth Certificate** |
| **F** | **Autopsy Report** |
| **G** | **Death Certificate** |
| **H** | **Funeral Bills** |
| **I1-I6** | **W-2's of Robert J. Forlastro** |
| **J1-J5** | **Pictures of Robert J. Forlastro** |

K            Video of F & H Sanitation Truck

L:           Vest Decedent Robert J. Forlastro was wearing at
             time of accident.

M:           Clothes Decedent Robert J. Forlastro was wearing
             at time of accident.

N:           Letter from Connecticut Technical High School
             System.

O1-O2        Photos of Parking Lot

P:           Blow ups of Photos:

     P1-P2       Police Diagrams with Measurements

     P3-P8       Police Photos of Scene

     P9          Clothing

     P10-P11     Photos of Parking Lot

Q1 – Q2:     Life Expectancy Tables

R:           Statement of William DeLeo.

THE PLAINTIFFS

_____
Michael A. Stratton (ms4962)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel.: 203-624-9500
Fax: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was efiled via ECF on this date to the following counsel of record:

Elizabeth Hecht, Esq.
Mead, Hecht, Conklin & Gallagher, LLP
109 Spencer Place
Mamoroneck, New York 105431

_____
Michael A. Stratton