UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA FORLASTRO and ROBERT G. FORLASTRO,
as co-administrators of the Estate of
ROBERT J. FORLASTRO,

Case No.: 1:07-CV-3288
(RPP) (FM)

Plaintiffs,

vs.

JAMES COLLINS,

Defendant.

MARCH 24, 2008

---

### PLAINTIFFS' MOTION FOR A NEW TRIAL

Pursuant to Rule 59 of the F.R.C.P. the plaintiffs move for a new trial. This request is based on the inconsistent verdict rendered by the jury in this matter. In particular, the jury ruled that the defendant was negligent and caused the decedent's death. They, then, ruled that the defendant's negligence was not a substantial factor in causing the decedent's death. Under the law of the state of New York, and the facts of this case, the verdict is inconsistent and must result in a new trial.

A memorandum setting forth the plaintiff's legal and factual support is attached.

                                        THE PLAINTIFFS

                                        _____
                                        Michael A. Stratton (ms4962)
                                        Stratton Faxon
                                        59 Elm Street
                                        New Haven, CT 06510
                                        Tel.: 203-624-9500
                                        Fax:  203-624-9100
                                        mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was efiled via ECF on this date to the following counsel of record:

Elizabeth Hecht, Esq.
Mead, Hecht, Conklin & Gallagher, LLP
109 Spencer Place
Mamoroneck, New York 105431

_____
Michael A. Stratton