UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARBARA FORLASTRO AND ROBERT G
FORLASTRO, as co-adminisrators of the Estate of
Robert J Forlastro,

                          Plaintiffs,

            -against-

JAMES COLLINS,

                  Defendants
------------------------------------------------------------X

07 CIVIL 3288 (RPP)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

      The issues in the above-entitled action having been brought on for trial before the Honorable Robert P Patterson, United States District Judge, and a jury on March 17, 2008, and at the conclusion of the trial the jury having returned a verdict in favor of the defendant, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED: New York, New York
             March 21, 2008

SO ORDERED

_____
USDJ

J. MICHAEL McMAHON
_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Barbara Forlastro and Robert H.
Forlastro, as Co-administrators of the Estate
of Robert J. Forlastro, Plaintiffs

vs.

James Collins, Defendant.

(List full case caption-if necessary use other side)

EXTRACT OF THE MINUTES

07 CV 3288 (RPP)

TYPE OF TRIAL:
JURY ✓   BENCH ___

APPEARANCES:
(if necessary use other side-include firm name and telephone #)

PLAINTIFF:
Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510
T (203) 624-9500
F (203) 624-9100

DEFENDANT(S):
Elizabeth Heckl, Esq.
Mead, Heckl, Conklin & Gallagher, LLP
109 Spencer Place
Mamaroneck, NY 10543
T (914) 899-3100
F (914) 889-3101

3/17/08 Court & Counsel convene. Jury panel summoned & sworn. Selection begins and concludes. Panel selected, trial proceeds. Lunch recess. Trial adjourns for the day. 3/18/08. Trial continues & concludes, both sides rest. Summations made, Jury charged, deliberations begin. Deliberations conclude with verdict in favor of the defendant (see attached verdict sheet).

DEPUTY CLERK- Robert Montegna   X4836
COURT REPORTER- Joe Quinones

**Forlastro v. Collins**
**07CV3288**

Jury Verdict Form

1. Was James Collins negligent in causing the death of Robert J. Forlastro?

    ____√____ Yes          _____ No

If your answer is no, cease deliberations and report your verdict to the court. If, yes, proceed to Question 2.

2. Was the negligence of James Collins a substantial factor in causing the death of Robert J. Forlastro?

    _____ Yes          ____√____ No

If your answer is no, cease deliberations and report your verdict to the court. If, yes, proceed to Question 3.

3. Was Robert J. Forlastro negligent in causing his own death?

    _____ Yes          _____ No

If your answer is yes, proceed to Question 4. If, no, proceed to Question 6

4. Was the negligence of Robert J. Forlastro a substantial factor in causing his own death?

    _____ Yes          _____ No

If your answer is yes, proceed to Question 5. If, no, proceed to Question 6.

5. State the proportionate share of liability upon James Collins and Robert J. Forlastro:

    James Collins           _____%

    Robert J. Forlastro     _____%

                            100%

6. Damages

    a. What amount of money, if any, compensates Plaintiffs for the pre-impact terror suffered by Robert J. Forlastro prior to his death?

    $_____

    b. What amount of money, if any, compensates the decedent's parents for the support that the decedent would have provided to them, from the date of the decedent's death over the course of his parents' life expectancy?

| | | |
|---|---|---|
| Barbara Forlastro: | Amount_____ | Years_____ |
| Robert G. Forlastro: | Amount_____ | Years_____ |

Signature of Foreperson: _Daniel Brown Jr_